STATE OF OREGON,
*Respondent,*

*v.*

GERARDO LOPEZ-ROSALES,
aka Samuel Gonzales-Salazar,
*Appellant.*

04C-46766; A127309

129 P3d 791

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Louis R. Miles, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Gutierrez*, 197 Or App 496, 106 P3d 670, *adh'd to as modified on recons*, 199 Or App 521, 112 P3d 433 (2005).